UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

01-706 (JEL/JGL)

DWAYNE BECKER and )
EVA WU WEN BECKER, )
Plaintiffs, )
v. ) ORDER
RICK HARRY, ANITA SCHLANK, )
JOANNE FAIRFIELD, DEBBIE JAMES, )
RICHARD O'CONNOR, AND DAVID )
DIPMAN, )
Defendants. )

Plaintiff objects to the Report and Recommendation, issued June 12, 2002, by the Honorable Jonathan Lebedoff, United States Magistrate Judge. Plaintiff's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that:

1. Defendant's Motion to Dismiss be GRANTED [Docket No. 26];
2. Plaintiffs' claims based on alleged violations of their federal constitutional rights be DISMISSED WITH PREJUDICE, and Plaintiffs' claims based solely on state law be DISMISSED WITHOUT PREJUDICE;
3. Plaintiffs' Motion to Deny Defendants' Motion to Dismiss or for Summary Judgment be DENIED [Docket No. 30];
4. Plaintiff's Motion Seeking to Set Aside Order dated October 31, 2001 be DENIED [Docket No. 24]; and
5. This action be DISMISSED.

FILED JUL 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 31 2002
DEPUTY CLERK

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 7-31, 2002

Joan E. Lancaster
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;' or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995